IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:02cr18LS

MICHAEL LEE HODGES

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 2, 2003, this Court entered a Corrected Preliminary Order of Forfeiture, ordering defendant MICHAEL HODGES to forfeit the following property (hereafter the "Subject Property"):

    a.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 3460 Olive Street, Lemon Grove, San Diego County, California, more particularly described as:

The South 80 Feet of Lot 1, Block 2 of BAIN'S SUBDIVISION of the West portion of Lot 11, Subdivision No. 3 of Lot 12, EX-MISSION RANCHO, in the County of San Diego, State of California, according to Map therof No. 155 of Licensed Surveyor's Maps, filed in the office of the County Recorder of said San Diego County on August 26, 1907.

    b.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 12403 Janet Kay Way, El Cajon, California, , more particularly described as:

PARCEL 1:

All that portion of the unnumbered Lot or Tract lying Southerly of Tracts 142 and 143 and Westerly of Tracts 129, 132, 133, 136, 137 and 141, EL CAJON VALLEY COMPANY'S LANDS, in the County of San Diego, State of California, according to Map thereof No. 289, filed in the Office of the County Recorder of San Diego County, December 30, 1886, described as follows:

Beginning at the intersection of the North line of Royal Road and the Northwesterly line of Melrose Lane, as shown on Map thereof No. 1247 of Peerless Orange lands, filed in the Office of the County Recorder of said County; thence North 44° 52' East 1760.20 feet along said Northwesterly line of Melrose Lane; thence North 45° 08' West 625.00 feet to the TRUE POINT OF BEGINNING said Point being the Westerly corner of Parcel 1 described in Deed to Adam S. Romero and wife recorded on November 10, 1975 as File No. 75-313844 of Official Records; thence along the Northwesterly line of said Parcel 1 and its Northeasterly prolongation North 44° 52' East 184.50 feet to the Easterly corner of the land described in Deed to Gerald D. Aldridge and wife recorded on September 28, 1962 as File No. 168001 of Official Records; thence along said Aldridge's land North 45° 08' West 101.00 feet; thence South 44° 52' West 184.50 feet; thence South 45° 08' East 101 feet to the TRUE POINT OF BEGINNING.

PARCEL 2:

An easement and right of way for road, sewer, water, gas, power and telephone lines and appurtenances thereto over, under, along and across the Northeasterly 60.00 feet of the Southwesterly 180.06 feet of the Southeasterly 623.00 feet of the following described land:

All that portion of the unnumbered Lot or Tract lying Southerly of Tract 142 and 143 and Westerly of Tracts 129, 132, 133, 136, 137 and 141 El Cajon Valley Company's lands, in the County of San Diego, State of California, according to Map thereof No.289, filed in the Office of the County Recorder of said County, December 30, 1886, described as follows:

Beginning at the intersection of the North line of Royal Road and the Northwesterly line of Melrose land, as shown on Map thereof No. 1247 of Peerless Orange lands, filed in the Office of the County Recorder of said County; thence north 44° 52' East 1760.20 feet along said Northwesterly line of Melrose land to the TRUE POINT OF BEGINNING; thence north 45° 08' West 726.00 feet; thence North 44° 52' East 300.00 feet; thence South 45° 08' East 726 feet to the Northwesterly line of Melrose Lane; thence South 44° 52' West 300.00 feet along said Northwesterly line to the TRUE POINT OF BEGINNING.

c. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 7004 La Sena Avenue, San Diego, California, more particularly described as:

        Lot 194 of Skyline Hills Unit No. 2, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 4440, filed in the office of the County Recorder of San Diego County, January 8, 1960.

d.     All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 7383 Skyline Drive, San Diego, California, more particularly described as:

        Lot 7 of Lausanne Palaces, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 9320, filed in the Office of the County Recorder of San Diego County, August 6, 1979.

e.     All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 7824 Barton Drive, Lemon Grove, California, more particularly described as:

        Lot 16 in Block 3 of MONTEREY HEIGHTS, in the City of Lemon Grove, County of San Diego, State of California, according to Map thereof No. 1966, filed in the office of the County Recorder of San Diego County, December 6, 1926.

f.     All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2343 Debco Drive, Lemon Grove, California, , more particularly described as:

        Lot 26 of Lemon Grove Addition No. 1, Resubdivision No. 1, in the City of Lemon Grove, County of San Diego, State of California, according to map thereof No. 3815, filed in the office of the County Recorder of San Diego County, February 19, 1958.

g.     All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 6190 Stanley Drive, La Mesa, California, more particularly described as:

        Lot 108 of Severin Manor Unit No. 1, in the City of La Mesa, County of San Diego, State of California, according to Map thereof No. 2833, filed in the office of the County Recorder of San Diego County, January 15, 1952.

        Together with the Westerly 2 feet of Stanley Drive as vacated to public use, as disclosed by document recorded January 21, 1969 as File No. 12156 of Official Records.

WHEREAS, the United States caused to be published notice of the forfeiture of all the properties listed in the Corrected Preliminary Order of Forfeiture and the requirements for filing a claim for the property three (3) times a week for two (2) consecutive weeks on September 23, 24, 26, 29, and October 1 and 3, 2003, in the *Clarion-Ledger,* a daily newspaper of general circulation in the Southern District of Mississippi as well as three (3) consecutive weeks on October 7, 8, 10, 14, 15, and 17, 2003, in the *San Diego Commerce*, a daily newspaper of general circulation published in the Southern District of California.  Proof of publication was entered by the Court on November 26, 2003.

WHEREAS, certain lien holders and other third parties have come forward to claim an interest in one or more of the subject properties.  Those claims have been settled by stipulations between the respective parties which have been filed with the Court.  Additionally, all known parties who may have held any interest in the above-mentioned assets were served with notice of the forfeiture more than 30 (thirty) days ago or notice was attempted by certified mail at the best known address and went unclaimed or was refused.  The Clerk of the Court has entered defaults against those persons and entities.

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982.

NOW  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the subject properties are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this order to Assistant U.S. Attorney Sandra G. Moses, U.S. Attorney's Office, 188 East Capitol Street, Suite 500, Jackson, Mississippi 39201.

SO ORDERED:

Dated:   2/13/06

/s/ Tom S. Lee
HONORABLE TOM S. LEE
UNITED STATES DISTRICT JUDGE